tee's time to commence hearings enlarged as indicated. Concur—Murphy, P. J., Kupferman, Milonas, Rosenberger and Ellerin, JJ.

■ In the Matter of NOSTIMA FOODS, INC. v STATE LIQUOR AUTHORITY.—Motion, insofar as it seeks reargument, denied; and, insofar as it seeks leave to appeal to the Court of Appeals, granted, and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur—Sandler, J. P., Carro, Asch, Milonas and Rosenberger, JJ.

(September 24, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE PASTRANA, Appellant.—Judgment, Supreme Court, Bronx County (John Collins, J.), rendered on November 13, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Ross, Asch, Rosenberger and Smith, JJ.

■ CLERK v CLERK.—Motion is (1) denied wherein it seeks reargument or leave to appeal to the Court of Appeals, and (2) granted, wherein it seeks clarification, to the extent of adding the following after the word "respondent", occurring both in the fourth line of the decretal paragraph of the aforesaid order and in the eleventh line of the first paragraph of the first page of the memorandum decision [132 AD2d 456] accompanying such order: "which property shall be transferred to her free of all mortgages and encumbrances, provided, however, that respondent shall retain title to all personalty located thereat". [The remainder of the language in such decretal paragraph is unchanged.] Murphy, P. J., Sandler, Sullivan, Rosenberger and Smith, JJ.